UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

THOMAS AND GERI MCKINNON,           )
                                    )
        Plaintiff,                  )   Case No. 2:11-cv-00607- KJD- GWF
                                    )
vs.                                 )   **ORDER**
                                    )
INDYMAC BANK, F.S.B., et al.,       )
                                    )   Randolf Law Firm's Motion to
        Defendants.                 )   Withdraw as Counsel (#23)
                                    )

       This matter comes before the Court on Randolf Law Firm's Motion to Withdraw as Counsel (#23), filed on October 26, 2011; Errata to Randolf Law Firm's Motion to Withdraw as Counsel (#26), filed on October 27, 2011; and Plaintiffs' Response to Randolph Law Firm's Motion to Withdraw as Counsel (#33), filed on November 14, 2011. Randolph Law Firm requests that the Court allow them to withdraw as counsel for Plaintiffs Thomas and Geri McKinnon based upon a substantial disagreement between Plaintiffs and counsel about how to proceed in this matter. In response, Plaintiffs state that they do not object to Randolph Law Firm's withdrawal from their case. Further, Defendants failed to file any response to the motion. The Court therefore grants Randolph Law Firm's motion.

       Plaintiffs also request the Court consider their Response to the Motion to Dismiss (#32) and Response to Motion to Expunge (#31), which were filed on in pro person prior to the Court granting Randolph Law Firm's withdrawal. The responses to the above-motions were due on November 10, 2011. On November 9, 2011, Plaintiffs filed their responses and a stipulation to extend the response time to the motions. On November 14, 2011, the Court granted the stipulation. It appears that Plaintiffs were under the impression that they were no longer

represented by Randolph Law Firm upon their filing of the instant motion and therefore filed the responses prior to the response deadline.  Considering the circumstances, the Court will accept Plaintiff's pro per responses filed on November 9, 2011, despite the fact that Plaintiffs were represented by counsel at the time of filing.  Accordingly,

**IT IS HEREBY ORDERED** that  Randolf Law Firm's Motion to Withdraw as Counsel (#23) is **granted**.

**IT IS FURTHER ORDERED** that **Plaintiffs Thomas and Geri McKinnon** shall have until **December 15, 2011** to inform the Court whether they will be retaining new counsel or representing themselves in this matter.

**IT IS FURTHER ORDERED** that the Clerk of Court shall add the following last known address of Plaintiffs to the civil docket:

> Thomas and Geri McKinnon
> 6208 Sweetbriar Court
> Las Vegas, NV 89146

**IT IS FURTHER ORDERED** that the Clerk of Court shall send a copy of this order to Plaintiffs at the above address.

DATED this 15th day of November, 2011.

_George Foley Jr._
GEORGE FOLEY, JR.
United States Magistrate Judge