Michael R. Brooks, Esq.
Nevada Bar No. 7287
Zachary T. Ball, Esq.
Nevada Bar No. 8364
BROOKS BAUER LLP
1645 Village Center Circle, Suite 200
Las Vegas, NV 89134
Tel: (702) 851-1191
Fax: (702) 851-1198
mbrooks@brooksbauer.com
zball@brooksbauer.com
*Attorneys for OneWest Bank, FSB and NDEX West, LLC*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS AND GERI MCKINNON, husband and wife,<br><br>　　　　Plaintiffs,<br>　v.<br><br>INDYMAC BANK, F.S.B., a Federally Chartered savings Bank; ONEWEST BANK, FSB, a Federally Chartered Saving Bank and INDYMAC MORTGAGE SERVICES, a Division of OneWest Bank; NDEX West, LLC, a Limited Liability Company; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Foreign Corporation, RECONTRUST COMPANY, N.A., a Foreign Corporation; COUNTRYWIDE HOME LOANS, Inc. (fka Countrywide Funding Corporation), a Foreign Corporation; LAWYERS TITLE INSURANCE CO.; JOHN DOES I-XXV; and DOE CORPORATIONS I through XXV inclusive, , Partnerships, or anyone claiming any interest to the property described in the action,<br><br>　　　　Defendants. | Case No.: 2:11-CV-00607-KJD-GWF<br><br>**SUPPLEMENTAL ORDER** |

　　　　On January 20, 2012, this Honorable Court entered an Order granting ONEWEST BANK, FSB's ("OneWest") Motion to Expunge Lis Pendens [Doc. No. 47]. For further clarification of the Clark County, Nevada real property record and in compliance with Nevada Revised Statute 14.015(5),

IT IS FURTHER ORDERED that, in conjunction with the foregoing Order granting of OneWest's Motion to Expunge Lis Pendens and pursuant to NRS 14.015(5), Plaintiffs' Notice of Pendency of Action recorded against the real property located at 6208 Sweetbriar Court, Las Vegas, Nevada 89146 (APN 163-02-814-017) on March 28, 2011 with the Clark County, Nevada Recorder's Office as Instrument Number 201103280002412 is hereby cancelled and expunged, said cancellation has the same effect as an expungement of the original notice; and

IT IS FURTHER ORDERED that the Plaintiff shall record with the Clark County, Nevada Recorder's Office a copy of this Order of Cancellation.

SO ORDERED.

DATED: Jan. 30, 2012

HONORABLE KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

BROOKS BAUER LLP

/s/ Zachary T. Ball, Esq.
Michael R. Brooks, Esq.
Nevada Bar No. 7287
Zachary T. Ball, Esq.
Nevada Bar No. 8364
*Attorneys for OneWest Bank, FSB and NDEX West, LLC*